# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALLEN, et al.,<br><br>　　　　Defendants. | **Case No. 1:18-cv-00187-JLT (PC)**<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>**(Docs. 1, 8)**<br><br>**21-DAY DEADLINE** |

On February 12, 2018, the Court struck the unsigned Complaint and gave Plaintiff 21 days to file a signed pleading. (Doc. 8.) That same order provided the pleading and legal standards which appeared to apply to the claim(s). More than a month has passed and Plaintiff has failed to file an amended complaint or otherwise respond to the Court's Order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel, or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order);

*Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, **within 21 days,** Plaintiff is **ORDERED** to show cause in writing why the action should not be dismissed for his failure to comply with the Court's order and to prosecute this action; alternatively, within that same time, Plaintiff may file a signed complaint or a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated: __**March 14, 2018**__         __**/s/ Jennifer L. Thurston**__
                                                              UNITED STATES MAGISTRATE JUDGE